In the Matter of the Accounting of WILLIAM M. HOES, as Administrator of the Estate of EDWARD BREWIS, Deceased, Appellant.

EDWARD W. B. BREWIS, as Executor of EDWARD BREWIS, Deceased, Respondent.

*Matter of Hoes,* 183 App. Div. 930, affirmed.

(Submitted January 7, 1919; decided January 21, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1918, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the public administrator of the county of New York as administrator of the estate of Edward Brewis, deceased.

The following question was certified: " Is the public administrator of the county of New York entitled, under section 3 of chapter 230 of the Laws of 1898, to commissions upon securities received by him and not converted into cash but delivered in kind to an ancillary executor? "

*Albert Van Winkle* and *Frank W. Arnold* for appellant.

*William E. Sims* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.